UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22437-CIV-MORENO/LOUIS

TINA MARIE VILLAS,

       Plaintiff,

v.

ANDREW SAUL,
Commissioner for Social Security,

       Defendant.

_____/

**SCHEDULING ORDER**

**THIS CAUSE** is before the Court on the Joint Motion for Entry of Proposed Scheduling Order (ECF No. 16). Upon review of the docket the Motion is **GRANTED**. It is hereby **ORDERED and ADJUDGED:**

(1) Plaintiff shall file a motion for summary judgment, setting forth the reasons for relief and including citations to the administrative record and relevant legal authorities on or before sixty (60) days from the date of this Order.

(2) Defendant shall file his response to Plaintiff's motion for summary judgment and Defendant's motion for summary judgment within thirty (30) days after Plaintiff files her motion for summary judgment.

(3) Plaintiff may respond to Defendant's motion for summary judgment and reply to Defendant's response to Plaintiff's motion for summary judgment within thirty (30) days after Defendant files his response and motion as set forth in Paragraph two (2) above.

**DONE and ORDERED** in Chambers at Miami, Florida, this 17th day of December, 2020.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE